THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BORIS WOMACK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TEREX WASHINGTON, INC.,<br><br>　　　　　　Defendant. | CASE NO.: 2:20-cv-01470-BJR<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Boris Womack and Defendant Terex Washington, Inc., by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted in this action between all parties shall be dismissed with prejudice and without costs or attorney's fees to any party. This stipulation is made pursuant to Fed. R. Civ Pro 41(a)(1)(ii).

IT IS SO STIPULATED:

FRANK FREED SUBIT & THOMAS LLP

_s/ Sean M. Phelan_　　　　　　　　　　May 5, 2021
Sean M. Phelan, WSBA #27866　　　　Date
Attorney for Plaintiff

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE - 1
No.: 2:20-cv-01470-BJR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

3  *s/ Adam D. Pankratz*                    May 5, 2021
   Adam T. Pankratz, WSBA #50951            Date
4  Kyle D. Nelson, WSBA#49981
   Attorneys for Defendant

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE - 2
No.: 2:20-cv-01470-BJR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

PURSUANT TO STIPULATION, IT IS SO ORDERED

THIS MATTER having come before the Court upon the stipulation of the above-referenced Parties, the Court having reviewed the stipulation and being fully apprised of the premises, it is now, therefore,

ORDERED that:

All claims asserted by the Parties in this action are dismissed with prejudice and without fees or costs to any party.

Dated this ___ day of May, 2021

                                                   Honorable Barbara J. Rothstein
                                                   United States District Court Judge

Presented by:

FRANK FREED SUBIT & THOMAS LLP

By:  */s/ Sean M. Phelan*
      Sean Phelan, WSBA #27866
      Attorney for Plaintiff Boris Womack
      705 Second Avenue, Suite 1200
      Seattle, Washington 98104
      Phone: (206) 682-6711
      Email: sphelan@frankfreed.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWARD, P.C.

By:  */s/ Adam T. Pankratz*
      Adam T. Pankratz, WSBA #50951
      Kyle D. Nelson, WSBA #49981
      Attorneys for Defendant Terex Washington, Inc.
      1201 Third Avenue, Suite 5150
      Seattle, Washington 98101
      Phone (206) 693-7057
      Email: adam.pankratz@ogletree.com
             kyle.nelson@ogletree.com

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE - 3
No.: 2:20-cv-01470-BJR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711